```
           ____✓ FILED        ____ RECEIVED
           ____ ENTERED       ____ SERVED ON
                         COUNSEL/PARTIES OF RECORD

                         DEC - 5 2022

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
           BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:22-mj-00924-BNW |
| ANDRES OLVERA-LOPEZ, | ) **ORDER** |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order, unless the Government files a formal objection or other appropriate motion within <u>six (6)</u> days of the date of this Order.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in charge, Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE), Las Vegas, Nevada.

DATED this 5th day of December, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE